**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6769**

---

LEON MCRAY KNIGHT,

Plaintiff - Appellant,

versus

JAMES GILMORE, Governor of the State of Vir-
ginia; JAMES B. HUNT, JR., Governor of the
State of North Carolina; JANET RENO, Attorney
General of the United States,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Robert G. Doumar, Senior District
Judge. (CA-99-211)

---

Submitted: September 9, 1999      Decided: September 15, 1999

---

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Leon McRay Knight, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leon McRay Knight appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1999), without prejudice for his failure to pay an initial partial filing fee. <u>See</u> 28 U.S.C.A. § 1915(b)(1) (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Knight v. Gilmore</u>, No. CA-99-211 (E.D. Va. May 6, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>